UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHARLES GREENE,

           Plaintiff,

v.

N.J. SUPERIOR COURT, et al.,

           Defendants.

Civil Action No. 17-5268 (MAS) (LHG)

**ORDER OF DISMISSAL**

Plaintiff having been notified by the Court's Order dated October 5, 2017 (ECF No. 6) to submit the filing fee of $400 by November 3, 2017 or the Clerk of the Court would close this case, and Plaintiff having failed to comply,

**IT IS** on this 14th day of November, 2017, **ORDERED** that:

1. The Clerk of the Court shall deem the Complaint withdrawn and dismissed without prejudice.

2. The Clerk of the Court shall close this case.

                                                s/ Michael A. Shipp
                                                **MICHAEL A. SHIPP**
                                                **United States District Judge**